UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Attorneys for Defendant

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-00232-001 (WHW) |
| v. | **CONSENT ORDER PERMITTING RELEASE OF PASSPORT** |
| ROBERT J. SPADARO | |

This matter having been opened to the Court by Drinker Biddle & Reath LLP, attorneys for Defendant Robert J. Spadaro, requesting that Defendant's passport be released from the possession of the United States Pretrial Service Agency Office for the District of New Jersey, and the United States of America having consented to said application as demonstrated by counsel's signature hereon, and for good cause shown;

IT IS on this 29 day of September, 2008;

ORDERED that the United States Pretrial Service Agency Office for the District Court of New Jersey shall return the passport of Robert J. Spadaro via Federal Express to Robert J. Spadaro, 2877 Parrot St., North Port, Fl 34286 within 7 days of the date hereof.

_____
HON. WILLIAM H. WALLS, U.S.D.J.

We hereby consent to the entry of the above Order

 

Anthony Moscato, Esq.  
Assistant United States Attorney  
United States Attorney's Office  
District of New Jersey

970 Broad St., Ste. 700  
Newark, NJ 07102  
(973) 645-2752  
Anthony.Moscato@usdoj.gov

Dated: Sep 11 08

Paul G. Nittoly  
DRINKER BIDDLE & REATH LLP  
A Delaware Limited Liability Partnership  
Attorneys for Defendant  
Robert J. Spadaro

500 Campus Drive  
Florham Park, NJ 07960  
(973) 360-1100  
Paul.Nittoly@dbr.com

Dated: 9-15-08

FP01/ 3208586.1